## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| ELLIS CHARLES BUTLER, )<br>ADC # 110397 )<br>    Petitioner, )<br>)<br>v. )<br>)<br>RAY HOBBS, Director, Arkansas Department )<br>of Correction )<br>    Respondent. ) | **Case No. 5:12-CV-00337 JLH-JTK** |

### ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 2nd day of December, 2013.

                                                            */s/ J. Leon Holmes*
                                                          J. LEON HOLMES
                                                          UNITED STATES DISTRICT JUDGE